277 U.S. 586
 48 S.Ct. 433
 72 L.Ed. 1000
 Calvin R. MORGAN, petitioner,
v.
RIVERSIDE MILLS COMPANY, C. A. Folk, T. I. Ward, et al.
 No. 817.
 Supreme Court of the United States
 April 16, 1928[1]
 
 Messrs. Jas. S. Pilcher, W. B. Campbell Pilcher, and Perkins Baxter, all of Nashville, Tenn., for petitioner.
 
 
 1
 Messrs. K. T. McConnico and Pitts & McConnico, all of Nashville, Tenn., for defendants.
 
 
 2
 Petition for writ of certiorari to the Supreme Court of the State of Tennessee denied.
 
 
 
 [1]
 Memorandum opinion below, not for publication.